UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00040-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| vs. | ) ORDER<br>) |
| **AMOS LAMAR BURCH,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Amend/Correct his Judgment (#44). Defendant's motion is dismissed on the grounds that his judgment included three years of supervised release not probation, which is in keeping with the sentencing guidelines and his sentence.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Amend/Correct his Judgment (#44) is **DENIED.**

Signed: April 13, 2021

Max O. Cogburn Jr.
United States District Judge