UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-40-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| AMOS LAMAR BURCH, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 56). The Court ordered a response from the Government. (Doc. No. 57). The Government conferred with the United States Probation Officer currently supervising the Defendant. Neither the Government nor the Probation Office oppose Defendant's motion. (Doc. No. 58). Based on the compelling reasons cited and supporting documentation in Defendant's motion, the favorable report of his compliance with supervision, the support of his probation officer, and the lack of government opposition, this Court finds that Defendant is a suitable candidate for early termination of supervised release and will therefore grant Defendant's motion.

### ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervised Release (Doc. No. 56) is **GRANTED**.

Max O. Cogburn Jr.
United States District Judge